USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,

        Plaintiff,

-vs-

DOBCO, INC. and ARCH INSURANCE COMPANY,

        Defendants.

ARCH INSURANCE COMPANY,

        Counterclaim Plaintiff,

-vs-

J&A CONCRETE CORP., 84 MAIN STREET CORP., MARTINS REAL ESTATE ENTRPRISES, LLC, MARTINS RENTAL CORP., J&A CONTRACTING CORP. OF NEW YORK, ANTONIO MARTINS, PATRICIA MARTINS, JONATHAN MARTINS, ELEANORE MARTINS, JOAO LOBATO, MARLENE LOBATO, THOMAS PERRI, VANESSA PERRI, JACK MARTINS, PAULA MARTINS, ESTATE OF ANTONIO MARTINS, GLORIA MARTINS, J&A CONCRETE PUMPING CORP., and 68-70 OCR CORP.

        Counterclaim Defendants.

Case No.: 21-CV-11097

**Rule 502(d) Order**

---

### ORDER IMPLEMENTING FEDERAL RULE OF EVIDENCE 502(d)

As set forth below, the joint motion is **GRANTED**.

1.    This Order shall be applicable to and govern all deposition transcripts and/or

1

videotapes, and documents produced in response to requests for production of documents, answers to interrogatories, responses to requests for admissions, affidavits, declarations and all other information or material produced, made available for inspection, or otherwise submitted by any of the parties in this litigation as well as testimony adduced at trial or during any hearing (collectively "Information").

2. The disclosure of privileged or work-product protected documents, electronically stored information ("ESI") or Information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

3. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or Information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected Information before production.

Accordingly, it is hereby **ORDERED**:

The Joint Motion for Entry of a 502(d) Order is **GRANTED**.

Dated: April 11, 2022                                    Respectfully submitted,

| *s/ Paul J. Tuck* | *s/ Greg Trif* |
|---|---|
| Paul J. Tuck, Esq.<br>HARRIS BEACH PLLC<br>677 Broadway, Suite 1101<br>Albany, New York 12207<br><br>***Attorneys for Plaintiff J&A Concrete Corp. and Counterclaim Defendants.*** | Greg Trif, Esq.<br>TRIF & MODUGNO, LLC<br>11 Broadway, Suite 615<br>New York, New York 10004<br>(917) 477-2999<br><br>***Attorneys for Defendant Dobco Inc.***<br><br>*s/ Elliot Joffe*<br><br>Elliott Joffe, Esq.<br>BARON SAMSON LLP<br>27 Horseneck Road, Suite 210<br>Fairfield, NJ 07004<br><br>***Attorneys for Defendant/Counterclaim-Plaintiff Arch Insurance Company*** |

**SO ORDERED.**

Dated: April 11, 2022
          New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

3