UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

J&A CONCRETE CORP.,

               Plaintiff,

   - against -

DOBCO INC., ET AL.,

              Defendants.
───────────────────────────────

21-cv-11097 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for November 9, 2022 is **canceled**.

SO ORDERED.

Dated:   New York, New York
          November 3, 2022

                                        John G. Koeltl
                              United States District Judge