UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,                        21-cv-11097 (JGK)

        Plaintiff,                 ORDER

- against -

DOBCO INC., ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff and counterclaim defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to strike. ECF No. 86.

SO ORDERED.

Dated:    New York, New York
           December 12, 2023

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge