```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

J&A CONCRETE CORP.,

              Plaintiff,

    - against -

DOBCO INC., ET AL.,

             Defendants.

21-cv-11097 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **January 11, 2024**, at **12:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            December 18, 2023

                                    John G. Koeltl
                             United States District Judge