UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,                         21-cv-11097 (JGK)

              Plaintiff,            ORDER

   - against -

DOBCO INC., ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file motions for summary judgment by **March 1, 2024**. The parties must respond by **March 22, 2024**. The parties must reply by **April 12, 2024**.

SO ORDERED.

Dated:    New York, New York
            January 19, 2024

                                          John G. Koeltl
                                     United States District Judge