```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

J&A CONCRETE CORP.,                          21-cv-11097 (JGK)

        Plaintiff,                      ORDER

    - against -

DOBCO INC., ET AL.,

        Defendants.

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for oral argument in connection with the parties' motions for summary judgment on **Tuesday, January 21, 2025,** at **12:00 p.m.** in Courtroom 14A of the United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated:    New York, New York
          December 19, 2024

                                        John G. Koeltl
                                United States District Judge