```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

J&A CONCRETE CORP.,

          Plaintiff,

    - against -

DOBCO INC., ET AL.,

          Defendants.

―――――――――――――――――――――――――――――

21-cv-11097 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the parties' submissions on the issue of whether a settlement is possible at this time. In view of the parties' divergent positions, the Court will proceed to decide the current motions and the litigation will proceed thereafter. If the parties believe that Court intervention for the purposes of settlement would be useful, the Court will ask the Magistrate Judge to meet with the parties.

SO ORDERED.

Dated:    New York, New York
          January 27, 2025

                                            John G. Koeltl
                                    United States District Judge