UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,

            Plaintiff,

   - against -

DOBCO INC., ET AL.,

            Defendants.

21-cv-11097 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status report as to any remaining claims in this case by **March 11, 2025**.

SO ORDERED.

Dated:    New York, New York
          February 25, 2025

                                           John G. Koeltl
                                     United States District Judge