UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,

           Plaintiff,

- against -

DOBCO INC., ET AL.,

           Defendants.

---

21-cv-11097 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the plaintiff's anticipated motion to amend on **Wednesday, March 19, 2025, at 11:30 a.m.**

Dial in: 646-453-4442, with Conference ID 675 278 33#.

SO ORDERED.

Dated:   New York, New York
        March 12, 2025

                                        John G. Koeltl
                                    United States District Judge