UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,                    21-cv-11097 (JGK)

        Plaintiff,            ORDER

  - against -

DOBCO INC., ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

As discussed on the telephone conference held today, the parties shall file a joint status report by **March 24, 2025**.

J&A shall file its motion to amend (with a copy of the proposed amended complaint attached) by **April 7, 2025**. Dobco shall respond by **April 21, 2025**. J&A may reply by **May 2, 2025**.

SO ORDERED.

Dated:    New York, New York
          March 19, 2025

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                         United States District Judge