UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,                              21-cv-11097 (JGK)

           Plaintiff,                         ORDER

    - against -

DOBCO INC., ET AL.,

           Defendants.

---

**JOHN G. KOELTL**, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with Dobco's anticipated motion for summary judgment to dismiss Arch's crossclaim on **Wednesday, April 9, 2025, at 11:30 a.m.**

    Dial in: 646-453-4442, with Conference ID 675 278 33#.

SO ORDERED.

Dated:    New York, New York
           April 2, 2025

                                                John G. Koeltl
                                     United States District Judge