UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,

            Plaintiff,

- against -

DOBCO INC., ET AL.,

           Defendants.

21-cv-11097 (JGK)

ORDER

---

**JOHN G. KOELTL**, District Judge:

    The pre-motion conference scheduled for April 9, 2025, is **adjourned** to **Friday, April 18, 2025, at 12:00 p.m.** The time for Dobco to respond to J&A's motion to amend and for J&A to file any reply (ECF No. 174) is **stayed** pending the pre-motion conference, at which time the Court will set a new briefing schedule for both J&A's motion to amend and Dobco's anticipated motion for summary judgment to dismiss Arch's crossclaim against Dobco.

    Dial in: 646-453-4442, with Conference ID 675 278 33#.

    The Clerk is respectfully requested to close ECF No. 177.

**SO ORDERED.**

Dated:    New York, New York
           April 8, 2025

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                  **United States District Judge**