```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

J&A CONCRETE CORP.,                    21-cv-11097 (JGK)

          Plaintiff,              ORDER

    - against -

DOBCO INC., ET AL.,

          Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    As discussed at the telephone conference held today, Dobco's response to J&A's motion to amend is due **May 2, 2025**. J&A's reply is due **May 13, 2025**.

    Dobco's motion for summary judgment is due fourteen (14) days after decision on the motion to amend. J&A's response is due 10 (ten) days thereafter. Dobco may reply seven (7) days thereafter.

SO ORDERED.

Dated:    New York, New York
            April 18, 2025

                                                      /s/ John G. Koeltl
                                                      John G. Koeltl
                                         United States District Judge