```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & A CONCRETE CORP,

        Plaintiff,

    -v-

DOBCO, INC., *et al.*,

        Defendants.

**ORDER**

21-CV-11097 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated February 10, 2022, this case was referred to the assigned magistrate judge for settlement. ECF No. 21.

    A conference is scheduled on **April 29, 2025,** at **10:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 577 107 88#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 21, 2025
       New York, New York

                                                                                    Henry J. Ricardo
                                                                          United States Magistrate Judge