UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & A CONCRETE CORP,

                Plaintiff,

      -v-

DOBCO, INC., *et al.*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/9/2025__

**ORDER**

21-CV-11097 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 29, 2025, an initial conference was held to discuss settlement procedures and scheduling a future settlement conference. Dkt. No0. 181. A follow-up conference is scheduled on **May 21, 2025,** at **10:00 a.m.** by Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 577 107 88#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: May 9, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1