```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & A CONCRETE CORP,

               Plaintiff,

      -v-

DOBCO, INC., *et al.*,

               Defendants.

**ORDER**

21-CV-11097 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a call with the parties today to discuss potential settlement. Plaintiff is directed to make a demand by **May 30, 2025**. The Court will hold another telephone conference on **June 6, 2025, at 9:00 a.m**. to discuss the next steps in the settlement process. Parties should dial in to 646-453-4442 and use the conference ID 487 716 827#.

**SO ORDERED.**

Dated: May 21, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge