UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & A CONCRETE CORP.,

              Plaintiff,

    -v-

DOBCO, INC., *et al.*,

              Defendants.

**ORDER**

21-CV-11097 (JGK) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2025

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 13, 2025, plaintiff J&A Concrete Corp. ("J&A") and the Individual Counterclaim Defendants (collectively, the "J&A Parties") moved via letter motion to have the February 19, 2025 Settlement Agreement between Arch Insurance Company and the J&A Partes designated "Attorneys' Eyes Only" pursuant to the April 11, 2022 Confidentiality Order. Dkt. No. 185.

For the reasons discussed at today's conference, the J&A Parties' motion is **DENIED**. The Settlement Agreement will remain Confidential per the Confidentiality Order, but will not be designated Attorneys' Eyes Only.

The Clerk of Court is respectfully directed to close the motion at Docket Number 185.

**SO ORDERED.**

Dated: May 28, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1