```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & A CONCRETE CORP,

                Plaintiff,

    -v-

DOBCO, INC., *et al.*,

                Defendants.

**ORDER**

21-CV-11097 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

After consultation with each other and the Court, the parties have determined that a settlement conference would not be productive. Accordingly, the Court will not schedule a settlement conference at this time. If circumstances change, the parties should email my chambers.

**SO ORDERED.**

Dated: June 11, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1