UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,

                Plaintiff,

  - against -

DOBCO, INC. ET AL.,

  Defendants.

21-cv-11097 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

    The parties should file a joint pre-trial order, together with proposed voir dire requests and requests to charge, and motions in limine by **December 8, 2025**. Responses and objections are due by **December 15, 2025**

    The parties should be ready for trial, with 48 hours' notice, by **January 5, 2026.**

SO ORDERED.

Dated:  New York, New York
        November 17, 2025

                                      John G. Koeltl
                                United States District Judge