UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2025

J&A CONCRETE CORP,

                Plaintiff,

      -v-

DOBCO, INC., *et al.*,

             Defendants.

**ORDER**

21-CV-11097 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 18, 2025, the undersigned held a conference with the Parties to discuss settlement procedures and scheduling a future settlement conference. As a next step, the undersigned will speak separately with the Parties about scheduling a settlement conference.

**SO ORDERED.**

Dated: December 18, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge