UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

J&A CONCRETE CORP.,                         21-cv-11097 (JGK)

                            Plaintiff,      ORDER

        - against -

DOBCO, INC. ET AL.,

                            Defendants.

----------------------------------------

JOHN G. KOELTL, District Judge:

        The plaintiff, J&A Concrete Corp. ("J&A"), has moved in limine to preclude the expert reports of two firms — Riverso Associates, Inc. and ARCHforensic, LLC — and to preclude the testimony of Vincent Riverso, David Mott, and Christopher Ling, the authors of the reports. The motion is **denied** without prejudice to raising any specific objections as to specific opinions when offered at the upcoming bench trial. The Court will be able to decide any specific objections to specific opinions at trial and there is no danger that the Court will be prejudiced by the effort to offer any opinion that the Court ultimately decides it should not consider.

        Indeed, this is substantially the disposition that the Court made of the same motion that J&A made earlier in this litigation. See ECF No. 136. While the Court invited a motion in limine as to specific opinions, it was clear then, as it is now, that there are many expert opinions with respect to accounting, construction, engineering, and architectural expertise that would be useful to the

Court, and the Court will be in the best position to exclude any irrelevant or impermissible opinions at trial.

Several other observations. The motion is misguided to the extent it seeks to exclude the expert reports. The expert reports are inadmissible unless the parties otherwise agree because the reports themselves are inadmissible hearsay. It is the witnesses' testimony that will be offered. It is also apparent that there are many potential opinions by the experts on technical engineering matters that would benefit from expert testimony.

Therefore, although the expert reports are precluded as hearsay unless the parties otherwise agree, the motion to exclude the opinions of the expert witnesses entirely is **denied without prejudice** to raising specific objections at trial.

The Clerk is respectfully requested to close ECF Nos. 206 and 207.

SO ORDERED.

Dated:  New York, New York
        January 13, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge

2