UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J&A CONCRETE CORP.,                          21-cv-11097 (JGK)

                 Plaintiff,         ORDER

      - against -

DOBCO, INC. ET AL.,

     Defendants.

---

JOHN G. KOELTL, District Judge:

At the telephone conference held on December 16, 2025, the Court set the firm trial date for **January 20, 2026, at 10:00 a.m.** As discussed during the telephone conference, the plaintiff and the defendant will each have ten hours for testimony at trial. The final pre-trial conference is scheduled for **January 16, 2026, at 3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
            January 13, 2026

                              John G. Koeltl
                     United States District Judge