UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J&A CONCRETE CORP.,

                    Plaintiff,                         21-cv-11097 (JGK)

        - against -                                    ORDER

DOBCO, INC.,

                    Defendant.

JOHN G. KOELTL, District Judge:

As discussed at the conclusion of trial today, the parties shall file their posttrial proposed findings of fact and conclusions of law by **February 20, 2026**. The parties may file any responsive briefs by **February 27, 2026**.

The plaintiff may file any posttrial motion by **February 20, 2026**. The defendant should respond by **March 6, 2026**. The plaintiff may reply by **March 13, 2026**.

SO ORDERED.

Dated:    New York, New York
          January 27, 2026

                                        John G. Koeltl
                                  United States District Judge