**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**J&A CONCRETE CORP.,**

**Plaintiff,**

**- against -**

**DOBCO INC.,**

**Defendant.**

**21-cv-11097 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

In its Proposed Findings of Fact and Conclusions of Law, Dobco states that it incurred "$3,589,056.32 in direct costs, including a 15% overhead and profit markup." ECF No. 224 ¶ 230. Dobco identifies the amount of that markup as $468,137.78. Id. Dobco has not, however, directed the Court to any evidence in the record supporting its claim to this overhead and profit markup. Accordingly, Dobco shall file a letter by **Wednesday, July 22, 2026**, not to exceed two pages, identifying with specificity the evidence in the record, if any, supporting its claim to a 15% overhead and profit markup in the amount of $468,137.78. J&A may file a response, not to exceed two pages, by **Friday, July 24, 2026**.

**SO ORDERED.**

**Dated:** **New York, New York**
**July 20, 2026**

**John G. Koeltl**
**United States District Judge**