**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

J&A CONCRETE CORP.,

Plaintiff,

-against-

21 **CIVIL** 11097 (JGK)

# JUDGMENT

DOBCO INC.,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 6, 2026, although Dobco demonstrated that J & A breached the Subcontract, after taking into account the remaining Subcontract balance and the amount that Dobco received from Arch, Dobco failed to prove that J&A's conduct caused Dobco to suffer any unrecovered loss. Accordingly, J &A is liable to Dobco for $1.00 in nominal damages.

**Dated:** New York, New York
August 13, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** Nelson Durbal [signature]
**Deputy Clerk**